UNITED STATES DISTRICT COURT
NORTHERN DISTRICT NEW YORK

| | |
|---|---|
| NATASHA REED, individually and on behalf of all other persons similarly situated who were employed by SAPUTO DAIRY FOODS USA, LLC, and/or any other entities affiliated with or controlled by SAPUTO DAIRY FOODS USA, LLC, | CIVIL ACTION CASE NO: 3:20-cv-1531 (LEK/ML) |
| Plaintiffs, | **NOTICE OF MOTION** |
| - against - | |
| SAPUTO DAIRY FOODS USA, LLC, | |
| Defendant. | |

**PLEASE TAKE NOTICE** that upon the annexed Declaration of James E. Murphy, sworn to on February 7, 2022, and upon all prior papers and proceedings herein, Plaintiffs by their undersigned attorneys, will move before the Honorable Magistrate Judge Miroslav Lovric, at the United States Courthouse for the Northern District of New York, located at 15 Henry Street Binghamton, NY 13901, on a return date set by the Court, for preliminary approval of the proposed class action settlement, together with such other and further relief as the Court may deem just and proper.

Dated: February 7, 2022

*/s/ James Emmet Murphy*
James Emmet Murphy, Esq.
Michele A. Moreno, Esq.
VIRGINIA & AMBINDER, LLP
40 Broad Street, 7th Floor
New York, New York 10004
Tel:    (212) 943-9080
Fax:    (212) 943-9082
jmurphy@vandallp.com

-and-

*/s/ Frank S. Gattuso*
Frank S. Gattuso
GATTUSO & CIOTOLI, PLLC
The White House
7030 E. Genesee Street
Fayetteville, New York 13066
(315) 314-8000
fgattuso@gclawoffice.com


*Attorneys for Plaintiff Settlement Class*